**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRIDA KAHLO CORPORATION, | |
| Plaintiff, | |
| v. | Case No.: |
| THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO, | |
| Defendants. | |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

Plaintiff Frida Kahlo Corporation (collectively "FKC" or "Plaintiff") files this Motion requesting leave to seal Schedule A to the Complaint identifying Defendants. *See* Dkt. 3.

Plaintiff initiated the present action against anonymous online actors who use counterfeit versions of Plaintiff's federally registered trademarks to sell, offer for sale, distribute, or advertise infringing products. Defendants engage in these unlawful actions, under the cover of aliases ("Defendant Aliases") and through their use of Internet enterprises, online marketplaces, profiles, stores and/or accounts ("Defendant Internet Stores"). Plaintiff files this motion to request leave to temporarily seal certain information from public view in order to avoid providing Defendants' premature notice of this lawsuit before an anticipated *ex parte* temporary restraining order ("TRO"), subject to the Court's grant of a forthcoming TRO motion, is acted upon.

In this action, Plaintiff anticipates requesting an *ex parte* temporary restraining order ("TRO") based on claims of trademark infringement, counterfeiting and copyright infringement.

The TRO motion will also request that third party marketplaces and payment providers, such as Amazon institute a temporary asset freeze on the online marketplace and payment accounts associated with Defendants.

Sealing Schedule A and other information identifying Defendants, is necessary to prevent the Defendants from learning of these proceedings prior to any temporary asset restraint. Defendants' learning of these proceedings prior to execution of an asset restraint, would likely result in destruction of relevant documentary evidence and the hiding or transferring of assets, which would frustrate the purpose of the underlying lawsuit and interfere with this Court's power to grant relief.

## **CONCLUSION**

For these reasons, Plaintiff respectfully requests that this Court enter an order granting Plaintiff leave to seal Schedule A to the complaint.

DATED: September 16, 2024

Respectfully submitted,

*/s/ Matthew A. Werber*
Matthew A. Werber (Ill. # 6287658)
mwerber@nixonpeabody.com
Peter Krusiewicz (Ill. # 6342444)
pkrusiewicz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison St., Suite 5200
Chicago, IL 60602
Tel: (312) 977-4400
Fax: (312) 977-4405

***ATTORNEYS FOR PLAINTIFF***

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned attorney, certify that I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system on September 16, 2024.

<u>/s/ Matthew A. Werber</u>
Matthew A. Werber